PER CURIAM.
Affirmed. United States v. Summerlin, 310 U.S. 414, 60 S.Ct. 1019, 84 L.Ed. 1283 (1940); McSwiggan v. Edson, 186 So.2d 13 (Fla. 1966); Fulka v. Florida Commercial Banks, Inc., 371 So.2d 521 (Fla. 3d DCA 1979); Penn Cork & Closures, Inc. v. Piggyback Shippers Ass’n of Fla., Inc., 281 So.2d 46 (Fla. 3d DCA 1973); Chemical Corn Exchange Bank & Trust Co. v. Frankel, 111 So.2d 99 (Fla. 3d DCA 1959); David Miller Disk Co. v. Florida Nat’l Bank at Arlington, 342 So.2d 856 (Fla. 1st DCA 1977); 12 U.S.C. § 1821(d)(14)(A)(1988).